UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAINT JOE HALLOWEEN EVENTS, LLC,<br><br>Plaintiff,<br><br>-v-<br><br>MT. HAWLEY INSURANCE COMPANY, et al.,<br><br>Defendants. | 26-cv-2376 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Before the Court is the defendants' partial motion for judgment on the pleadings. See ECF No. 22. Upon full consideration of the pleadings and briefing, as well as the arguments presented at oral argument on August 13, 2026, the Court hereby grants the defendants' motion in its entirety, dismissing the plaintiff's claim for loss of business income sustained before October 12, 2024. An Opinion explaining the reasons for this ruling will issue in due course. The Clerk's Office is respectfully directed to close ECF No. 22.

SO ORDERED.

New York, NY
August 14, 2026

JED S. RAKOFF, U.S.D.J.